O

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No. | CV 05-3535 PSG (RZx) | Date | May 20, 2010 |
|---|---|---|---|
| Title | Christine Wolf v. Loring Ward International, Ltd. *et al.* | | |

| Present: | The Honorable Philip S. Gutierrez, United States District Judge |
|---|---|

| Wendy K. Hernandez | Not Present | n/a |
|---|---|---|
| Deputy Clerk | Court Reporter | Tape No. |

Attorneys Present for Plaintiff(s):    Attorneys Present for Defendant(s):

Not Present    Not Present

**Proceedings:**     **(In Chambers) Order DENYING Gibson Dunn & Crutcher LLP's Ex Parte Application to Advance Hearing Date**

    Before the Court is Gibson Dunn & Crutcher LLP's ex parte application to advance the hearing date on its motion to withdraw as counsel for the Plaintiff. The Court finds the matter appropriate for decision without oral argument. *See* Fed. R. Civ. P. 78; L.R. 7-15. Having considered the papers submitted in support of and in response to the application, the Court DENIES the application.

    On May 18, 2010, Gibson Dunn & Crutcher LLP ("Gibson Dunn") filed this ex parte application to advance the hearing date on its motion to withdraw as counsel for Plaintiff. That motion is currently set for hearing on July 19, 2010. Seeking to have the motion heard prior to a status conference scheduled for June 7, 2010, Gibson Dunn requests a new hearing date of May 24, 2010. The Court finds that granting the request would very likely prejudice parties desiring to submit briefs in opposition to the motion and would almost certainly provide the Court insufficient time to consider adequately the merits of the motion. The application to advance the hearing date on Gibson Dunn's motion to withdraw as counsel for Plaintiff is therefore DENIED.

    **IT IS SO ORDERED.**